UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAXWELL AMSTERDAM, et al.,<br><br>      Plaintiff(s),<br> v.<br><br>TWITTER, INC., et al.,<br><br>      Defendant(s). | CASE NO. C25-0929-KKE<br><br>ORDER DISMISSING COMPLAINT FOR FAILURE TO PROSECUTE |

  Plaintiffs filed this action on May 16, 2025, and the Court issued summons on May 20, 2025. Dkt. Nos. 1, 2. There is no evidence on the docket that Defendants have been served with process in this matter.

  The Court entered an order setting early case deadlines on June 20, 2025, requiring the parties to file a joint status report by August 1, 2025. Dkt. No. 3. On August 6, 2025, the Court issued a minute order noting that no joint status report was filed, and extending that deadline to September 17, 2025. Dkt. No. 4. The Court warned that if a joint status report was not filed by September 17, 2025, the action may be dismissed without prejudice. *Id*.

  No joint status report was filed by September 17, 2025. The Court therefore now DISMISSES Plaintiffs' complaint without prejudice for failure to prosecute.

  Dated this 18th day of September, 2025.

                   */s/ Kymberly K. Evanson*
                   Kymberly K. Evanson
                   United States District Judge